IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR118 |
| vs. | NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |
| KIMBERLY KRUEGER, | |
| Defendant. | |

Comes now the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to defendant in the above-captioned case.

DATED this 8TH day of April, 2016.

Respectfully submitted;

DEBORAH R. GILG
United States Attorney
District of Nebraska

And: s/Douglas J. Amen
DOUGLAS J. AMEN, #25202
Special Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
Phone: (402) 661-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: all parties on record.

s/Douglas J. Amen
By: DOUGLAS J. AMEN
Special Assistant U.S. Attorney