IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:16CR118 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | MOTION TO CONTINUE |
| | ) | |
| KIMBERLY KRUEGER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

COMES NOW the Defendant, Kimberly Krueger, by and through her attorney, W. Randall Paragas requests a continuance of the Detention Hearing set for April 14, 2016 at 10:00 .m. In support of said Motion, the Defendant shows the Court that the United States Attorney has no objection to the Motion for Continuance.

WHEREFORE, Defendant requests that the Detention hearing in the above-captioned matter be continued.

DATED this 13th day of April, 2016.

                                    Kimberly Krueger, Defendant,

                         By:  /s/
                              W. Randall Paragas, #18382
                              Paragas Law Offices
                              9202 W. Dodge Rd., Ste. 307
                              Omaha, NE 68114
                              402-926-2300

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on the 13th day of April, 2016, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system which sent notification of such filing to the following:

Douglas Amen
Assistant U.S. Attorney-Omaha
1620 Dodge St., Ste. 1400
Omaha, NE 68102-1506                                            /s/ W. Randall Paragas