# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO. 8:16CR118 |
| )| |
| Plaintiff,       ) | |
| ) | **MOTION TO WITHDRAW** |
| vs.       ) | |
| ) | |
| KIMBERLY KRUEGER,       ) | |
| ) | |
| Defendant.       ) | |

COMES NOW W. Randall Paragas, the undersigned attorney for KIMBERLY KRUEGER Defendant and hereby moves this Court for an Order allowing him to withdraw as attorney of record. In support of said Motion, the undersigned states as follows:

1. That the Defendant has requested his withdrawal

2. That the attorney client relationship has deteriorated to the point that W. Randall Paragas can no longer effectively represent the Defendant

WHEREFORE, the undersigned respectfully requests that this Court enter an Order allowing him to withdraw as the attorney for KIMBERLY KRUEGER

BY: /s/ W. Randall Paragas
W. Randall Paragas, #18382
Paragas Law Offices
9202 W. Dodge Rd., Ste. 307
Omaha, NE 68114
402-926-2300
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Douglas Amen, Assistant United States Attorney, Omaha, NE.

/s/ W. Randall Paragas