# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:16CR118 |
| vs. | ) | ORDER |
| KIMBERLY KRUEGER, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of W. Randall Paragas (Mr. Paragas) to withdraw as retained counsel for defendant Kimberly Krueger (Ms. Krueger) (Filing No. 54). The court held a hearing on the motion on July 28, 2016. Ms. Krueger was present with Mr. Paragas. Assistant U.S. Attorney Douglas J. Amen represented the United States. Ms. Krueger had also sent a letter to the court requesting new counsel. After inquiry, the court determined the attorney-client relationship had been ruptured beyond repair. The court grants Mr. Paragas' motion to withdraw (Filing No. 54).

Ms. Krueger completed a Financial Affidavit and requested the appointment of counsel. The court finds Ms. Krueger is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

Brent M. Bloom, 416 South 14th Street, Omaha, NE 68102, (402) 342-2833, is appointed to represent Ms. Krueger for the balance of these proceedings pursuant to the Criminal Justice Act. Brent M. Bloom shall file his appearance in this matter forthwith. The clerk shall provide a copy of this order to Brent M. Bloom and to the Federal Public Defender.

Mr. Paragas shall forthwith provide Brent M. Bloom with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Paragas which are material to Ms. Krueger's defense.

The change of plea hearing for Ms. Krueger **scheduled for August 1, 2016, at 3:30 p.m., is cancelled.**

In order to provide new counsel adequate time to prepare for trial, **trial of this matter is rescheduled before Chief Judge Laurie Smith Camp and a jury commencing at 9:00 a.m. on September 13, 2016**. During the hearing on July 28, 2016, Ms. Krueger requested additional time and acknowledged the time provided would be excluded from the computations under the Speedy Trial Act. The additional **time** arising as a result of the granting of the request, i.e., the time between **July 28, 2016, and September 13, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

**IT IS SO ORDERED.**

DATED this 28th day of July, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge