IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> KIMBERLY KRUEGER, <br><br> Defendant. | 8:16CR118 <br><br> ADOPTION OF REVISED PRESENTENCE INVESTIGATION REPORT AND PLAINTIFF'S STATEMENT |

COMES NOW Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and hereby states it has no objections, additions, or changes to be made to the Revised Presentence Investigation Report completed in connection with this case. Plaintiff anticipates offering no evidence at sentencing, other than to rebut or address those issues raised by Defendant. Plaintiff hereby adopts the information and materials contained within the Revised Presentence Investigation Report.

Dated this 21st day of February, 2017.

UNITED STATES OF AMERICA,
Plaintiff

DEBORAH R. GILG
United States Attorney

s/Thomas J. Kangior
By:   THOMAS J. KANGIOR #21496
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: attorney on record.

      I further certify that a true and correct copy of the foregoing was delivered to the following non CM/ECF participant via email.

Brandon Maxon
U.S. Probation Officer
Brandon_Maxon@nep.uscourts.gov

                              s/Thomas J. Kangior
                              THOMAS J. KANGIOR
                              Assistant United States Attorney